UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR232-C |
| | ) | |
| v. | ) | <u>MOTION TO UNSEAL</u> |
| | ) | <u>INDICTMENT</u> |
| IRAN S. GUERRERO-GOMEZ | ) | |
| | ) | |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, and respectfully shows unto the Court that the reasons for keeping the indictment sealed no longer exist.

THEREFORE, the United States respectfully moves the Court that the Bill of Indictment numbered above be unsealed.

RESPECTFULLY SUBMITTED, this the 6th da y of September, 2005.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

/s/ Keith M. Cave
KEITH M. CAVE
ASSISTANT UNITED STATES ATTORNEY